UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | No. 3:20MJ767(SALM)<br><br>September 3, 2020 |

## ORDER TO SEAL

Based on the motion of the Government and for good cause shown, it is hereby ordered that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the following materials filed in this matter are **SEALED** until **March 3, 2021**:

- Application for a Pen Register and Trap and Trace Device Order;

- Order Authorizing Pen Register and Trap and Trace Device; and

- Application for Nondisclosure Order.

The Court finds that the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, and by limiting the ability to conduct other search warrants.

Moreover, the Court finds that the requested sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Even if a higher standard for sealing applied, the sealing of these selected documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

The Court does not find that the Non-Disclosure Order, Motion To Seal, or this Sealing Order should be sealed. These documents contain no sensitive or confidential information, and their filing on the public docket presents no apparent risk.

Any motion to extend this sealing order shall be filed by **February 26, 2021**.

It is so ordered this 3rd day of September, 2020, at New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.09.03 17:03:18 -04'00'

HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE